| | | |
|---|---|---|
| | AUSA:  Stephen Carr | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:  Cameron Bunker | Telephone: (616) 235-3936 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Luke David HANNA

Case No.  Case: 2:25−mj−30296
Assigned To : Unassigned
Assign. Date : 5/8/2025
Description: CMP USA V. HANNA (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2024__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Sexual exploitation of a child |
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Cameron Bunker, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __May 8, 2025__

*Judge's signature*

City and state: __Detroit, Michigan__   Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Cameron Bunker, a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

### Introduction & Agent Background

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI) out of the Grand Rapids, Michigan office and have been with HSI since May 2023. As part of my duties as a Special Agent with HSI, I am authorized to investigate violations of laws of the United States, including violations pertaining to the production, advertisement, possession, distribution, and receipt of child pornography, in violation of 18 U.S.C. § 2252A, and the sexual exploitation of a child, in violation of 18 U.S.C. § 2251.

2. I graduated from the Federal Law Enforcement Training Center's (FLETC) Criminal Investigators Training Program, where I also completed the Homeland Security Investigations Special Agent Training program. Prior to my tenure as a Special Agent, I was a Uniformed Division Officer with the United States Secret Service for four years. As a Uniformed Division Officer, I enforced both federal and Washington,

D.C. laws while working a perimeter around the White House complex. I have a bachelor's degree in criminal justice – Law Enforcement and associate's degrees in both Criminal Justice – Homeland Security and Computer Networking from Lake Superior State University.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Luke David Hanna for violations of 18 U.S.C. § 2251 (sexual exploitation of a child), 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

4. This affidavit is based on my personal knowledge of the investigation as well as information provided by other law enforcement officers, including written reports, along with my experience, training, and background as a SA.

5. This affidavit is submitted for the limited purpose of establishing probable cause for this complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Hanna has violated 18 U.S.C. § 2251 (sexual exploitation of a child), 18 U.S.C. § 2252A(a)(2) (receipt of child

pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

## Probable Cause

6.     In mid-August 2024, an Online Covert Employee (OCE-1) purporting to be a minor girl began chatting on Reddit, an online messaging website, with a user later identified as Hanna.

7.     Hanna requested that OCE-1 send him sexually explicit images. Hanna told OCE-1, "I don't care that it would be technically CP. Lol. Daddy is just so curious". Hanna further described "CP" to stand for "Child porn. Lol."

8.     Hanna made arrangements to meet up with OCE-1 in Lansing on August 19. Hanna traveled to Lansing but did not meet with OCE-1, explaining "Sorry babygirl I got scared. I saw a car following you. Sorry to bail."

9.     Based on this conduct as well as chats Hanna had with another minor, law enforcement obtained a search warrant for Hanna's residence in Ypsilanti and his phone.

10.    During the execution of the search warrant, Hanna agreed to talk to the agents. Hanna admitted to agents that he had been speaking

to a 15-year-old female on Snapchat (MV-1). Based on my training and experience, and that of other agents, Snapchat is an online social media application that allows users to exchange communications, such as text messages, images, and videos, using the internet.

11. Hanna stated that he first began chatting with MV-1 on Reddit in May 2024. Hanna asked MV-1 to create a Snapchat account so that they could exchange messages and images directly. Hanna provided MV-1's Snapchat username to law enforcement and stated that he had saved sexually explicit images of MV-1 on his phone.

12. Law enforcement agents recovered one photo and three videos from Hanna's phone, which appeared to have been screenshots or screen recordings from Snapchat. The files were last modified on May 25, 2024. Two video files are described as follows:

>  a. A 12-second video depicting a naked female, who appears to be a teenager, standing in front of a white background. The female is being recorded from her chest down and her face is not visible. The female's breast and vagina are both exposed. The female has her left leg propped up while she manipulates her vagina with her right hand.

    b. A 16-second color video depicting the same female lying on a white carpeted floor. The female has her legs spread apart and the camera is zoomed in so that only her vagina is exposed. The female uses her right hand to rub/manipulate her vagina.

13. Law enforcement has identified MV-1 (born in 2007). At the time the videos were created, MV-1 resided in the Eastern District of Michigan. MV-1 stated in an interview that the above videos were depictions of her. In addition, MV-1 stated that Hanna twice traveled to meet MV-1 at a park in May of 2024, and that Hanna had sexual intercourse with MV-1 both times. Hanna also attempted to persuade MV-1 to create additional sexually explicit videos of herself.

## Conclusion

14. Based on the above, there is probable cause to believe that Luke David HANNA violated 18 U.S.C. § 2251 (sexual exploitation of a child), 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), and 18

U.S.C. § 2252A(a)(5)(B) (possession of child pornography). I respectfully request this Court issue a criminal complaint and arrest warrant for him.

Respectfully submitted,

_____
Cameron Bunker, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Hon. Kimberly Altman
United States Magistrate Judge
Date: May 8, 2025

I hereby certify that the foregoing is a certified true copy of the original on file in this office
Clerk, U.S. District Court
Eastern District of Michigan
By: s/D. Jennings
Deputy